***NOT PRINTED FOR PUBLICATION***

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 9:19-CR-52 |
| § | |
| JUAN MANUEL ROJAS, JR. § | |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation. The parties agreed to the recommended sentence.

The parties did not file objections. The Court **ORDERS** that the findings of fact and recommendation on plea of true (Doc. No. 6) are **ACCEPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Juan Manuel Rojas, Jr., to serve a term of twelve (12) months and one (1) day imprisonment, to be followed by a three (3) year term of supervised release. The Court recommends placement in the Federal Correctional Institution (FCI) in Bastrop, Texas, for the prison term.

So **ORDERED** and **SIGNED** this **27** day of **May, 2020.**

_____
Ron Clark, Senior Judge